UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY GRISWOLD, as Personal Representative of the Estate of JOHN E. GRISWOLD,<br><br>    Plaintiff,<br><br>v.<br><br>TRINITY HEALTH-MICHIGAN d/b/a ST. JOSEPH MERCY LIVINGSTON, et al.,<br><br>    Defendants. | Case No. 22-cv-10980<br><br>Honorable Robert J. White |

**ORDER GRANTING IN PART AND DENYING IN PART THE LIVINGSTON COUNTY DEFENDANTS' MOTION TO SUPPLEMENT THEIR EXPERT WITNESS LIST**

Before the Court is the Livingston County defendants' motion to supplement their expert witness list. (ECF No. 68). Timothy Griswold responded. (ECF No. 78). The Livingston County defendants filed a reply. (ECF No. 82). The Court held a hearing on the motion on January 10, 2025. For the reasons stated on the record, it is hereby,

ORDERED that the Livingston County defendants' motion to supplement their expert witness list (ECF No. 68) is granted in part and denied in part.

IT IS FURTHER ORDERED that the portion of the motion seeking to supplement the expert witness list with a new forensic pathology expert is granted.

IT IS FURTHER ORDERED that the portion of the motion seeking to name Dr. Ljubisa Dragovic as the Livingston County defendants' new forensic pathology expert is denied.

IT IS FURTHER ORDERED that the Livingston County defendants are precluded from sharing Dr. Dragovic's expert report and opinions with any newly retained forensic pathology expert. However, they may provide the new expert with the same materials Dr. Dragovic relied upon to formulate his own expert opinions.

Dated: January 13, 2025
s/Robert J. White
Robert J. White
United States District Judge