UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY GRISWOLD, as Personal Representative of the Estate of JOHN E. GRISWOLD,<br><br>    Plaintiff,<br><br>v.<br><br>TRINITY HEALTH-MICHIGAN, et al.,<br><br>    Defendants. | Case No. 22-cv-10980<br><br>Honorable Robert J. White |

**ORDER DENYING THE LIVINGSTON COUNTY DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S EXPERT WITNESSES AS PREMATURE**

Timothy Griswold commenced this 42 U.S.C. § 1983 wrongful death action on behalf of his brother, John Griswold's estate. Before the Court are the Livingston County Defendants' motions to strike the Estate's expert witnesses. (ECF Nos. 54-58). The Livingston County Defendants also filed a notice of appeal from the Court's March 10, 2025 opinion and order granting in part and denying in part their motion for summary judgment. (ECF No. 109-110).

Because the outcome of the appeal may render a decision on the pending motions to strike the Estate's expert witnesses moot, it is hereby,

ORDERED that the Livingston County Defendants' motions to strike the Estate's expert witnesses (ECF Nos. 54-58) are denied without prejudice as premature.

Dated: March 24, 2025                    s/Robert J. White
                                                              Robert J. White
                                                              United States District Judge